# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIMINAL NO: 19-00076-KD-N |
| MARSHAL IAN JOHNSON : | |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 19) and without any objection having been filed by the parties, Defendant's plea of guilty to Count 1 of the Indictment is now accepted and Defendant is adjudged guilty of such offense.

The sentencing hearing has been scheduled for **August 23, 2019 at 1:00 p.m.,** in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama, 36602.

**DONE and ORDERED** this the 11th day of June 2019.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE